**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

*United States v. Kit Lee Karjala*
Case No. 3:17-cr-00063-1-TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:          ORDER FROM CHAMBERS

Upon agreement of the Parties, the Sentencing Hearing for Defendant Kit Lee Karjala set for September 15, 2020, at 10:00 AM is VACATED, to be reset for a date to be determined.

The Court orders the U.S. Probation and Pretrial Services Officer ("USPO") to provide the Bureau of Prisons ("BOP") with the Final Presentence Report and any available medical records pertaining to Karjala to aid in the BOP's assessment of her medical condition(s). BOP is requested to submit to the USPO, and the Parties, a written assessment of its ability to treat Karjala's condition(s) on or before October 5, 2020.

The Parties are directed to confer and submit a Joint Status Report on or before October 6, 2020, indicating agreed dates for the rescheduled video sentencing hearing and information received from BOP regarding its assessment of Karjala's medical condition(s).

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: September 15, 2020.

1