Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:17-CR-00063-TMB-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UPDATED JOINT STATUS REPORT** |
| v. | ) | **TO COURT** |
| | ) | |
| KIT LEE KARJALA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties and the United States Probation Officer request that the Court set a sentencing hearing for January of 2021.

On September 15, 2020 the Court vacated the previously set video sentencing hearing and ordered that the U.S. Probation and Pretrial Services Officer ("USPO") to provide the Bureau of Prisons ("BOP") with the Final Presentence Report and any available medical records pertaining to Karjala to aid

Updated Joint Status Report-1
*(USA v. Kit Lee Karjala, 3:17-cr-00063-TMB-KFM)*

in the BOP's assessment of her medical condition(s). BOP was requested to submit to the USPO, and the Parties, a written assessment of its ability to treat Karjala's condition(s) on or before October 5, 2020. The Court ordered the parties to submit a status report regarding the rescheduling of the sentencing hearing by October 6. Additional status reports were submitted requesting additional time to allow Ms. Karjala to undergo an MRI and receive the results of that scan.

The United States Probation Officer has received and forwarded to the BOP Ms. Karjala's Presentence Report, her latest PET scan report and MRI report and a letter from Ms. Karjala's treating oncologist outlining her specific diagnosis and treatment requirements. The United States Probation Officer had a conversation with a BOP official who indicated the BOP position that they can provide adequate medical care to any inmate in their custody, to include inmates requiring cancer treatment. However, as BOP does not have a mechanism to pre-screen an inmate's medical condition they will not provide anything in writing.

On October 27, Ms. Karjala met with her oncologist who expressed concern about her latest MRI results. He has scheduled her for another PET scan to be performed in three weeks and to a facility to obtain a higher definition MRI. Depending on those results the oncologist may recommend changing treatment.

Based on the foregoing, including the BOP's indication it will not provide a written report regarding their ability to provide care for Ms. Karjala, the parties

Updated Joint Status Report-2
*(USA v. Kit Lee Karjala, 3:17-cr-00063-TMB-KFM)*

suggest that the Court set a sentencing hearing for January of 2021 by which time it is expected Ms. Karjala's medical status and treatment needs will be clarified.

Dated this 28th day of October 2020.

/s/Peter A. Camiel
Peter A. Camiel WSBA 12596
Attorney for Defendant Karjala

## Certificate of Service

I hereby certify that on the 28th day of October 2020 I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel

Updated Joint Status Report-3
*(USA v. Kit Lee Karjala, 3:17-cr-00063-TMB-KFM)*