UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 3:17-cr-00063-TMB-DMS |
| | NO. 3:18-cr-00084-SLG-DMS |
| v. | |
| CHRISTOPHER BRANDON MILLER, | MOTION TO APPEAR VIA TELEPHONE OR VIDEO CONFERENCE |
| Defendant. | |

**MOTION**

COMES NOW the defendant Christopher Brandon Miller, by and through his attorney Cassandra L. Stamm, and hereby moves to appear for the motion hearing currently scheduled on Thursday, June 10, 2021, at 9:30 a.m. via telephone or video conference.

The parties appeared for a status conference before the Hon. Deborah Smith on May 17, 2021. At this status conference, the parties discussed a number of issues including the current trial date of July 19, 2021. Following this discussion, the defense filed a motion to vacate this trial date. The court then set a hearing on this motion to take place on June 10, 2021.

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427

Undersigned counsel resides in Kauai and is starting a trial in Seattle on June 14, 2021. As a result, undersigned counsel seeks leave from the Court to appear at this motion hearing either by telephone or video conference.

Signed this 3rd day of June, 2021.

/s/ Cassandra Stamm
Cassandra L. Stamm
Attorney for Christopher Brandon Miller
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government and counsel for the codefendant in the 2017 case.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Christopher Brandon Miller
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

*MOTION FOR IN CAMERA*
*EX PARTE INSPECTION* — 2

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427

Case 3:17-cr-00063-TMB-DMS   Document 583   Filed 06/03/21   Page 2 of 2