UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

CHRISTOPHER BRANDON MILLER,

          Defendant.

NO. 3:17-cr-00063-TMB-DMS

NOTICE OF INTENT TO CHANGE PLEA

Comes now the defendant, Christopher Brandon Miller, by and through his counsel, Cassandra Stamm, and hereby provides notice of his intent to change his plea pursuant to the terms of a Plea Agreement negotiated with the Government. The anticipated plea will be to an amended information in the 17-cr-00063 cause with an agreement that the 18-cr-00084 cause will be dismissed after imposition of sentence. The plea agreement will be filed with the Court as soon as Mr. Miller's signed copy is received by counsel. (Logistically, this will take at least a few days since the agreement was finalized yesterday and counsel is not based in Alaska.)

NOTICE OF INTENT TO CHANGE PLEA

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax (206) 447-1427

It is respectfully requested that the Court calendar a change of plea hearing to occur on July 7, 2021. Counsel is in the process of finalizing travel arrangements that will make possible an in-person hearing on that date.

Signed this 29th day of June, 2021.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Christopher Brandon Miller
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government and counsel for the codefendant.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Christopher Brandon Miller
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

NOTICE OF INTENT TO CHANGE PLEA

**Law Offices of Cassandra Stamm, PLLC**
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427